IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00107-CR

 

The State of Texas,

                                                                      Appellant

 v.

 

James Byron Rodgers,

                                                                      Appellee

 

 

 



From the County Court at Law

McLennan County, Texas

Trial Court No. 2004-3927-CR1

 



MEMORANDUM  Opinion



 

          For the reasons stated in State v.
Stanley, No. 10-05-00101-CR (Tex. App.—Waco July
27, 2005, no pet. h.) (per curiam), this appeal is dismissed. 

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice Reyna

(Chief
Justice Gray dissenting)

Appeal dismissed

Opinion delivered and
filed July 27, 2005

Do not publish

[CR25]






60;     Melartin Trust filed suit against Bank of America alleging theories of recovery for conversion
and money had and received. The court granted the bank’s motion for summary judgment and
rendered a take-nothing judgment. Melartin Trust appealed.
      Melartin Trust has now filed a motion to dismiss the appeal. The motion states that the parties
have settled the case. The parties have also provided a copy of their settlement agreement, which
indicates that each party will pay its own costs. Rule of Appellate Procedure 42.1(a)(1) provides:
(a) The appellate court may dispose of an appeal as follows:
(1) On Motion of Appellant. In accordance with a motion of appellant, the
court may dismiss the appeal or affirm the appealed judgment or order unless
such disposition would prevent a party from seeking relief to which it would
otherwise be entitled. 
Tex. R. App. P. 42.1(a)(1).
      Melartin Trust’s dismissal motion satisfies the requirements of the appellate rules. The bank
has not filed a response. Accordingly, we dismiss the appeal with costs to be taxed against the
party incurring same. See id. 42.1(d).

                                                                   PER CURIAM

Before Chief Justice Davis,
      Justice Vance, and
      Justice Gray
Appeal dismissed
Opinion delivered and filed July 23, 2003
[CV06]